ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| EL PUEBLO DE PUERTO RICO<br><br>Parte Recurrida<br><br><br><br>V.<br><br><br><br>FABIÁN LÓPEZ PINO<br><br>Parte Peticionaria | TA2025CE00490 | *CERTIORARI* procedente del Tribunal de Primera Instancia de Arecibo<br>_____<br>Caso Núm.: CVI2024G00332; C LA2024G0247-248<br>_____<br>SOBRE:<br><br>ART. 93 A CÓDIGO PENAL; ART. 6.09 LEY 168 (LEY DE ARMAS); ART. 6.14 A LEY 168 (LEY DE ARMAS) |

Panel integrado por su presidenta la Juez Brignoni Mártir, el Juez Salgado Schwarz y la Juez Aldebol Mora.

Salgado Schwarz, Carlos G., Juez Ponente

# RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de octubre de 2025.

Examinada la *Petición de Certiorari* instada el 22 de septiembre de 2025 por Fabián López Pino disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de certiorari. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*